In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending

of East River Drive from East 92nd Street to East 122nd Street, Together with the Additional Lands and Rights Therein to Be Acquired in Connection Therewith, etc. LUZERNE COAL CORPORATION and Others. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.